IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| KATIE McDANIEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:12-cv-00351 |
| ) | JURY DEMANDED |
| JTEKT AUTOMOTIVE TENNESSEE- ) | |
| VONORE, LLC a/k/a JTEKT ) | |
| AUTOMOTIVE TENNESSEE- ) | |
| VONORE CO., and JTEKT ) | |
| NORTH AMERICA, INC., ) | |

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of the claim, with prejudice.

**APPROVED FOR ENTRY:**

| | |
|---|---|
| /s/ Kristi M. Davis (with permission) | /s/ Howard B. Jackson |
| Krist M. Davis, BPR #019487 | Howard B. Jackson, BPR #021316 |
| Hodges, Doughty & Carson, PLLC | Wimberly Lawson Wright Daves & Jones, PLLC |
| P.O. Box 869 | 550 Main Avenue, Suite 900 |
| Knoxville, TN 37901-0869 | P.O. Box 2231 |
| (865) 292-2307 | Knoxville, TN 37901-2231 |
| (865) 292-2321 (fax) | (865) 546-1000 |
| | (865) 546-1001 (fax) |
| *Attorney for Plaintiff* | *Attorney for Defendants* |